**Electronically Filed
Supreme Court
SCPW-26-0000062
29-JUL-2026
09:16 AM
Dkt. 9 ODDP**

SCPW-26-0000062

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE WILLIAM BARRIOS

_____

ORIGINAL PROCEEDING
(CASE NO. 2PC101000589)

ORDER DENYING PETITION
(By: Devens, C.J., McKenna, and Eddins, JJ., and
Circuit Judge DeWeese, in place of Ginoza, J., recused,
and Circuit Judge Wong, assigned by reason of vacancy)

Upon consideration of the letter filed January 27, 2026, which we construe as a petition for extraordinary writ, and the record, Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternatives to obtain the relief sought. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023); see also Hawaiʻi Rules of Penal Procedure Rule 40 (eff. 2006).

It is ordered that the petition is denied.

DATED: Honolulu, Hawaiʻi, July 29, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Wendy M. DeWeese

/s/ Paul B.K. Wong

